**Dismissed and Memorandum Opinion filed November 13, 2012.**



In The

# Fourteenth Court of Appeals

---

NO. 14-12-00778-CV
NO. 14-12-00779-CV

---

## IN THE MATTER OF D.L.W., a Juvenile

---

**On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause Nos. 2012-01198J & 2012-01197J**

---

## MEMORANDUM OPINION

These are attempted appeals from the juvenile court's orders signed August 20, 2012, waiving jurisdiction and transferring the cases to the criminal district court for prosecution of two charges of aggravated robbery. *See* Tex. Fam. Code § 54.02. While a defendant may appeal such an order, the appeal must be joined with the defendant's appeal of any criminal court conviction or order of deferred adjudication. *See* Tex. Code Crim. Proc. art. 44.47(b); *In re B.T.*, 323 S.W.3d 158, 162 (Tex. 2010) (granting mandamus relief to require transfer hearing be delayed until 17-year-old juvenile's

diagnostic study had been completed). Our records contain no judgments of conviction or orders of deferred adjudication. Therefore, we lack jurisdiction over these appeals.

On October 26, 2012, notification was transmitted to all parties of this court's intention to dismiss these appeals for want of jurisdiction unless any party filed a response within ten days demonstrating our jurisdiction over the appeals. No response was filed.

We order the appeals dismissed.

PER CURIAM

Panel consists of Justices Frost, Christopher, and Jamison.